**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:   July 31, 2009

Courtroom Deputy:  Nel Steffens
Court Reporter:    Suzanne Claar
Probation Officer: Edwin Colunga

**Criminal Action No.  01–cr–00046–REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
|     Plaintiff, | |
| v. | |
| 1.  TORAY J. PYLES, | Richard Stuckey |
|     Defendant. | |

**COURTROOM  MINUTES**

**Hearing on Petition for Modification of Supervised Release**

**2:06 p.m.     Court in session.**

Defendant is present on bond.

Appearances of counsel.

Opening statements by the court.

Argument by Mr. Stuckey.

Argument by Mr. Rhodes.

The Court enters findings of fact, conclusions of law, and orders.

**IT IS ORDERED** as follows:

    1.    That the defendant's **Petition for Modification of Supervised Release** [#51], filed April 29, 2008, is **GRANTED**; and

    2.    That effective forthwith, the defendant's supervised release is terminated.

**2:28 p.m.**    **Court in recess.**

Total time in court:   00:22

Hearing concluded.